IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON DEWAYNE GILES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV. ACT. NO. 2:09cv796-TMH ) (WO) |
| DR. BATES, *et al.*, | ) ) |
| Defendants. | ) |

**OPINION and ORDER**

On September 30, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 20). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to prosecute this action.

Done this the 27th day of October 2011.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE